# United States Court of Appeals
# for the Fifth Circuit

No. 19-20373

LAKITA CARR, *Individually and as Representative of Estate of Darrall Thomas*; ANGELINA LEFFYEAR, *as next friend of D. T., Jr.*; ESTATE OF DARRALL THOMAS,

*Plaintiffs—Appellants*,

*versus*

THE CITY OF SPRING VALLEY VILLAGE; THE CITY OF HEDWIG VILLAGE; MEMORIAL VILLAGE; AXON, *formerly known as* TASER INTERNATIONAL; JOSEPH DARREHSHOORI; TRENT B. WOOD; NATHAN FRAZIER; RICHARD ANTONIO HERNANDEZ; CARLOS PINEDA; ERIC SILLIMAN; MANNY AGUILAR; DONALD NOWLIN; MARK STOKES; JERRY HANSON; STEVE SANFORD; SPRING BRANCH INDEPENDENT SCHOOL DISTRICT; SCOTT WILLIAMS,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-2585

United States Courts
Southern District of Texas
FILED
June 08, 2022
Nathan Ochsner, Clerk of Court

Before DENNIS, SOUTHWICK, and HO, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

No. 19-20373

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Jun 08, 2022**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 08, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 19-20373    Carr v. City of Spring Valley
                       USDC No. 4:18-CV-2585

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Shawn D. Henderson, Deputy Clerk
                                    504-310-7668

cc w/encl:
    Mr. Christopher Blewer Gilbert
    Mr. Norman Ray Giles
    Ms. Stephanie Anne Hamm
    Mr. William S. Helfand
    Ms. U. A. Lewis